360 A.2d 626
Cusumano, Appellant, v. Williams et al.

Argued June 18, 1976.
William H. Mitman, for appellant; Thomas O. Malcolm, for appellees.

Judgment affirmed.